UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X

TRAVIS MARSHALL,

        Plaintiff,　　　　　　　　**ORDER**
　　　　　　　　　　　　　　　　　　**09 CV 1764 (ARR)(LB)**
- against -

WILLIAM DOWNEY, Shield #89916, and
DONALD LAMANQUE, Shield # 661,

        Defendants.

-------------------------------------------------X

**BLOOM, United States Magistrate Judge:**

In light of the Court's Order setting the briefing schedule for defendants' motion to dismiss, see docket entry 15, the Court hereby cancels the initial conference scheduled for January 28, 2010, see docket entry 13.

SO ORDERED.

                                            /Signed by Judge Bloom/
                                          _____
                                          LOIS BLOOM
                                          United States Magistrate Judge

Dated: January 6, 2010
       Brooklyn, New York